Richard C. Busse, OSB #74050
rbusse@busseandhunt.com
Matthew B. Duckworth, OSB #02299
mduckworth@busseandhunt.com
BUSSE & HUNT
521 American Bank Building
621 SW Morrison Street
Portland, Oregon 97205
Telephone: (503) 248-0504
Facsimile: (503) 248-2131

  Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEFAN BENTEA,<br><br>  Plaintiff,<br><br>v.<br><br>NIKE IHM, INC., a Missouri corporation,<br><br>  Defendant. | Case No. CV04-1260-PA<br><br>STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE |

  The parties hereby stipulate that this case may be dismissed with prejudice and without costs or attorneys' fees to either party.

  Dated: January 6, 2005.

**IT IS SO STIPULATED**:

BUSSE & HUNT

_/s/_

RICHARD C. BUSSE, OSB #74050
Of Attorneys for Plaintiff

TONKON TORP LLP

_/s/_

AMY JOSEPH PEDERSEN, OSB #85395
Of Attorneys for Defendant

1 - STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE
**BUSSE & HUNT**
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE on:

> Amy Joseph Pedersen
> Sonja L. Henning
> Tonkon Torp, LLP
> 1600 Pioneer Tower
> 888 SW Fifth Avenue
> Portland, OR 97204
> Facsimile: 503-972-3883
> amy@tonkon.com
> sonja@tonkon.com

> Of Attorneys for Defendant

☐ by **mailing** a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

■ by causing a copy thereof to be **hand-delivered** to said attorneys at each attorney's last known address on the date set forth below;

☐ by **e-mail transmission** to said attorney at each attorney's last known e-mail address on the date set forth below;

☐ by sending a copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to each attorney's last known address on the date set forth below; or

☐ by sending a copy thereof via **facsimile** to each attorney at his/her last known facsimile number on the date set forth below.

DATED this 6th day of January, 2005.

_____
RICHARD C. BUSSE, OSB #74050
Of Attorneys for Plaintiff Stefan Bentea

CERTIFICATE OF SERVICE

**BUSSE & HUNT**
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504